IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MOTIVA PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 9:18-cv-00180-JRG-KFG<br><br>**Lead Consolidated Case**<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS**

Defendants Sony Corporation and Sony Interactive Entertainment Inc. (collectively "Defendants" or "Sony") request leave to file additional pages for exhibits to Defendants' Motion for a Protective Order Against the Deposition in the United States of Foreign Witnesses Designated to Testify with Respect to Plaintiff's Rule 30(b)(6) Deposition Topics (the "Motion") in excess of the page limits imposed by Judge Gilstrap's Standing Order Regarding Discovery Disputes and Paragraph 9(b) of the Proposed Discovery Order. Dkt. 40-1.

In light of the fact-specific nature of Defendants' Motion for a Protective Order, Defendants believe that the Court should have the relevant discovery correspondence, Interrogatories, Deposition Notices, and slip opinions in addition to the 5 pages of attachments each party is allowed to submit with its filing. Accordingly, Defendants request leave to file additional attachments to accommodate inclusion of additional evidence for the Court's consideration, which are attached to Defendants' Motion as follows:

- Exhibit 3
- Exhibit 3-A
- Exhibit 3-B
- Exhibit 3-C
- Exhibit 3-D
- Exhibit 3-E
- Exhibit 3-F
- Exhibit 4
- Exhibit 5

- Exhibit 6
- Exhibit 7

Dated: February 20, 2019

Respectfully submitted,

*/s/ Abran J. Kean*
Abran J. Kean (CO Bar 44660)
Kelly R. Hughes (CO Bar 51177)
Erise IP P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Phone: 913.777.5600
Fax: 913.777.5601
Abran.kean@eriseip.com
Kelly.hughes@eriseip.com

Eric A. Buresh (KS Bar 19895)
Erise IP P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913.777.5600
Fax: 913.777.5601
Eric.buresh@eriseip.com

Melissa Smith (TX Bar 24001351)
Gillam & Smith LLP
303 Washington Avenue
Marshall, TX 75670
Phone: 903.934.8450
Fax: 903.934.9257
melissa@gillamsmithlaw.com

*Counsel for Defendants Sony Corporation and Sony Interactive Entertainment Inc.*

## CERTIFICATE OF CONFERENCE

On February 20, 2019, Kelly Hughes, counsel for Defendants, communicated with Matt Antonelli, counsel for Plaintiff, as required by Local Rule 7(h). Plaintiff does not oppose this motion.

/s/Abran J. Kean

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/Abran J. Kean*