# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MOTIVA PATENTS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION, ET AL.,<br><br>    Defendants. | CIVIL ACTION NO. 9:18-cv-00180-JRG-KFG<br><br>**Lead Consolidated Case**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS

Before the Court is Defendants' Motion for Leave to Exceed Page Limits for Exhibits with regards to Defendants' Motion for a Protective Order Against the Deposition in the United States of Foreign Witnesses Designated to Testify with Respect to Plaintiff's Rule 30(b)(6) Deposition Topics. Finding that the motion is unopposed and good cause exists, the Court hereby GRANTS Defendants' Motion for Leave to Exceed Page Limits for Exhibits.