# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MOTIVA PATENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SONY CORPORATION, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 9:18-cv-00180-JRG-KFG <br><br> **Lead Consolidated Case** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

## ORDER

Before the Court is plaintiff Motiva Patents, LLC's Motion to Strike Portions of Defendants' Invalidity Contentions That Do Not Comply with the Patent Local Rules ("Motion"). Having reviewed the Motion, the response, and the applicable legal authority, the Court is of the opinion that the Motion should be GRANTED.

The Court hereby STRIKES the highlighted portions of defendants' invalidity contentions. The Court also STRIKES the highlighted portions of the exemplary invalidity chart attached to plaintiff's Motion, as well as any similar portions in defendants' other invalidity charts.