# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| MOTIVA PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 9:18-cv-00180-JRG-KFG<br><br>**LEAD CONSOLIDATED CASE**<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Motiva Patents, LLC ("Motiva") and Defendant Facebook Technologies, LLC (f/k/a Oculus VR, LLC) ("Facebook") hereby jointly move for an order dismissing with prejudice all of Motiva's claims in this action against Facebook, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 18, 2019

Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP

1

4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Susan Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000

*Attorneys for Motiva Patents, LLC*


By: /s/ Heidi L. Keefe
Deron R. Dacus
Texas Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 705-1117
ddacus@dacusfirm.com

Heidi L. Keefe (CA Bar 178960)
Mark R. Weinstein (CA Bar 193043)
Philip H. Mao (CA Bar 300711)
Elizabeth L. Stameshkin (CA Bar 260865)
Azadeh R. Morrison (CA Bar 311046)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
hkeefe@cooley.com
mweinstein@cooley.com
pmao@cooley.com
lstameshkin@cooley.com
amorrison@cooley.com

Eamonn Gardner (CA Bar 310834)
COOLEY LLP

4410 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6000
egardner@cooley.com

*Attorneys for Defendant Facebook Technologies, LLC F/K/A Oculus VR, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of October 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Facebook who granted permission for this motion to be filed as a joint motion.

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli