

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| MOTIVA PATENTS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION 9:18-CV-00180 |
| | § | |
| SONY CORPORATION, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

### ORDER GRANTING JOINT MOTION TO DISMISS ALL CLAIMS AS TO FACEBOOK TECHNOLOGIES, LLC

Pending before the Court is the parties' joint motion to dismiss all of Plaintiff Motiva Patents, LLC's claims against defendant Facebook Technologies, LLC. (Doc. 142). The joint motion asks that the Court dismiss all of Motiva's claims against Facebook with prejudice and that each party bear its own costs, expenses, and attorneys' fees. *Id.* In accordance with 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred this matter to United States Magistrate Judge Keith Giblin for pre-trial management and entry of recommended disposition. However, having reviewed the motion, the Court does not find it necessary for Judge Giblin to submit a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(C).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. (Doc. 142). The Court **ORDERS** that Motiva's claims against Facebook Technologies, Inc. are

**DISMISSED WITH PREJUDICE**. The Court further **ORDERS** that all pending motions related to Facebook (Doc. 125) are **TERMINATED** as **MOOT**. Each party shall bear its own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 10th day of February, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE