

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| MOTIVA PATENTS, LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION 9:18-CV-00180** |
| § | |
| SONY CORPORATION, ET AL., § | |
| § | |
| *Defendants.* § | |

**ORDER OF DISMISSAL**

On October 6, 2019, Plaintiff filed its *Notice of Voluntary Dismissal* of its claims against Defendant HTC Corporation pursuant to Rule 41(a). (Doc. 139). In that notice, Plaintiff voluntarily dismissed its case pursuant to Rule 41(a)(1)(A)(i), which allows a party to dismiss its own case before the opposing party serves an answer or a motion for summary judgment. In accordance with 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, the District Court referred this matter to United States Magistrate Judge Keith Giblin for pre-trial management and entry of recommended disposition. However, having reviewed the motion, the Court does not find it necessary for Judge Giblin to submit a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(C).

Therefore, it is **ORDERED** that the Plaintiff's Notice of Voluntary Dismissal (Doc. 139) is **ACCEPTED**. The Plaintiff's claims asserted against HTC Corporation are **DISMISSED** in

their entirety, without prejudice.  The Court further **ORDERS** that all pending motions relating to Defendant HTC Corporation (Docs. 74, 85, 86, 91, 104, 131, 136) are **DENIED** as moot.  Upon entry of this order, no active parties will remain.  Thus, the Court **ORDERS** that all other pending motions in this case are **TERMINATED** as **MOOT**.  (Docs. 99, 86, 85, 84, 80).   Lastly, the Clerk is **DIRECTED** to **CLOSE** this case, 9:18-CV-180, and member cases 9:18-CV-178 and 9:18-CV-179, and **TERMINATE** all pending hearings.  Each party shall bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 18th day of February, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE